IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JEFFERSON STREET HOLDINGS, LLC d/b/a CRADL. LTD., | CIVIL ACTION NO. 1:23-cv-1520-RMR |
| Plaintiff, | |
| v. | |
| MOUS PRODUCTS LTD., | |
| Defendant. | |

### MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Geoffrey H. Kozen of the law firm of Robins Kaplan LLP hereby submits this Motion for Leave to Withdraw Appearance of Geoffrey H. Kozen as counsel for Defendant Mous Products Ltd. Brandon A. Carmack and Steven C. Carlson of Robins Kaplan LLP will remain as counsel for Defendant Mous Products Ltd. in the above-captioned matter.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this Motion.

Dated: September 28, 2023

**ROBINS KAPLAN LLP**

By: *s/Geoffrey H. Kozen*
Brandon A. Carmack
Geoffrey H. Kozen
800 LaSalle Avenue/Suite 2800
Minneapolis, MN  55402
Telephone:  (612) 349-8500
Fax:  (612) 339-4181
Email:   BCarmack@RobinsKaplan.com
Email:   GKozen@RobinsKaplan.com

Steven C. Carlson
555 Twin Dolphin Drive
Suite 310
Redwood City, CA 94065
Telephone:  (650) 784-4040
Fax:  (650) 784-4041
Email:  SCarlson@RobinsKaplan.com
*Counsel for Mous Products Ltd.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JEFFERSON STREET HOLDINGS, LLC d/b/a CRADL. LTD., <br><br> Plaintiff, <br><br> v. <br><br> MOUS PRODUCTS LTD., <br><br> Defendant. | CIVIL ACTION NO. 1:23-cv-1520-RMR |

### CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Matthew J. Antonelli
  matt@ahtlawfirm.com,4579187420@filings.docketbird.com
- Zachariah S. Harrington
  zac@ahtlawfirm.com
- Hannah D. Price
  hannah@ahtlawfirm.com
- Larry D. Thompson , Jr
  larry@ahtlawfirm.com

Dated: September 28, 2023

**ROBINS KAPLAN LLP**

By: *s/Geoffrey H Kozen*
Brandon A. Carmack
Geoffrey H. Kozen
800 LaSalle Avenue/Suite 2800
Minneapolis, MN  55402
Telephone:  (612) 349-8500
Fax:  (612) 339-4181

3

MOTION TO WITHDRAW

Email:  BCarmack@RobinsKaplan.com
Email:  GKozen@RobinsKaplan.com

Steven C. Carlson
555 Twin Dolphin Drive
Suite 310
Redwood City, CA 94065
Telephone:  (650) 784-4040
Fax:  (650) 784-4041
Email:  SCarlson@RobinsKaplan.com

*Counsel for Mous Products Ltd.*

4

MOTION TO WITHDRAW